IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOUGLAS PATERSON,

            Plaintiff,

v.

COMISSIONER OF SOCIAL SECURITY,

            Defendant.

ORDER

24-cv-700-amb

---

Pursuant to a joint motion for remand filed by the parties on December 11, 2024, Dkt. 6, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the administrative law judge will offer plaintiff Douglas Paterson the opportunity for an administrative hearing, proceed through the sequential disability evaluation process as appropriate, and issue a *de novo* decision.

Entered December 16, 2024.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge